U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   MAR - 3 2008

LORETTA G. WHYTE
Clerk   WF

Lorretta G. Whyte/District Clerk
U.S. Courthouse C-151
500 Camp St.
New Orleans, LA 70130

Re: Cause No. 00-223 & 01-61-L
Attn Honorable District Judge Eldon E. Fallon

00-223 L(3) And 01-61L(3)

Clerk of Court,

    I Mr. Olinde James Alton Jr., Pro. Se., litigant (herinafter Petitioner) currently incarcerated at the FCI medium Beaumont facility, I am writing you pursuant to **ENTRY OF ORDER NUNC PRO TUNC**, In an attempt to clarify an clerical error as to the entry of an judgement and committment order from the above mentioned Court and Cause No.:

### PROCEDURAL HISTORY

    I was arrested On June 20, 2000., On a federal Warrant, On June 20, 2001., I was Sentenced to a term of 160 Months, to run concurrent to 5 years, of State time I received for a violation of State probation, the State time was concurrent with the fedral term that was imposed, as of this date my current B.O.P. computation sheet does not show my sentences being ordered to be served concurrently which also reflects I have not been credited for at least 18 Months, I served in prior custody, time I should have been credited for pursuant to 18 U.S.C. § 3585(b)., I would appreciate if your office would forward me an copy of the Court's, order stating my status as to the Sentences to be served concurrently,

TENDERED FOR FILING

MAR - 3 2008

U.S. DISTRICT COURT
Eastern District of Louisiana

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

    I would appreciate if your office would look into this matter and forward me an copy of the judges order, in the enclosed self-adressed stamp envelope and also an stamped copy of this communication that I may have for my records at your earliest convenience.

THANKING YOU IN ADVANCE

2-24-08                                                                James Olinde

Mr. Olinde James Alton Jr.,Reg.#26824-034
FCI Beaumont
P.O. Box 26040
Beaumont,Tx 77720

Mr. Olinde James Alton Jr. #26824-034
FCI Beaumont Medium
P.O. Box 26040
Beaumont, TX 77720

7012043302

BEAUMONT TX 777
28 FEB 2008 PM 1 L

Lorretta G. Whyte/District Clerk
attn Honorable District Judge Eldon E Fallon
U.S. Courthouse C-151
500 Camp St.
New Orleans, LA 70130