**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00-223** |
| **JAMES A. OLINDE** | **SECTION "L"** |

## <u>ORDER AND REASONS</u>

Before the Court is a letter from *pro se* Defendant James A. Olinde. R. Doc. 142. Mr. Olinde's letter contains a request that the Court "set a reasonable schedule for payments" of his restitution and references 18 U.S.C. § 3664(k). *Id.* Accordingly, the Court construes Mr. Olinde's letter as a motion to modify the payment schedule of Mr. Olinde's restitution pursuant to that statute.

18 U.S.C. § 3664(k) provides, in pertinent part, that upon notification of "any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution[,] . . . the court may . . . adjust the payment schedule . . . as the interests of justice require." This statute permits a court to modify a defendant's schedule of restitution payments when the defendant becomes financially unable to meet his restitution obligations. In this case, however, Mr. Olinde complains that he was left $30,000 in his father's will, and that the $5,000 from that amount which he deposited into his savings account was withdrawn as partial payment of his restitution. R. Doc. 142. Because Mr. Olinde has not suffered a material change in his economic circumstances that might affect his ability to pay restitution, 18 U.S.C. § 3664(k) does not empower this Court to modify the schedule of his restitution payments. Accordingly;

1

**IT IS ORDERED** that Mr. Olinde's motion is **DENIED**.

New Orleans, Louisiana, this 30th day of June, 2026.

_____
United States District Judge